# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AFTRA RETIREMENT FUND, in its capacity as a fiduciary of the AFTRA Retirement Fund, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　Defendant. | No. 09-cv-00686 (SAS) (DF) |
| BOARD OF TRUSTEES OF THE IMPERIAL COUNTY EMPLOYEES' RETIREMENT SYSTEM, in its capacity as a fiduciary of the Imperial County Employees' Retirement System, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　Defendant. | No. 09-cv-03020 (SAS) (DF) |
| THE INVESTMENT COMMITTEE OF THE MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY PENSION PLAN, in its capacity as a fiduciary of the MaBSTOA Pension Plan, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　Defendant. | No. 09-cv-04408 (SAS) (DF) |

**NOTICE OF MOTION *IN LIMINE* TO EXCLUDE CERTAIN EXPERT TESTIMONY OF BERNARD BLACK, FIACHRA O'DRISCOLL, AND DANIEL NIGRO**

PLEASE TAKE NOTICE THAT, upon the attached memorandum of law in support of its motion *in limine* to exclude certain expert testimony of Bernard Black, Fiachra O'Driscoll, and Daniel Nigro, the declaration of Samuel E. Bonderoff and accompanying exhibits, and all other papers and proceedings herein, defendant JPMorgan Chase Bank, N.A. will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge for the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, Courtroom 15C, on a date and time to be set by the Court, for an order granting its motion in limine to exclude certain expert testimony of Bernard Black, Fiachra O'Driscoll, and Daniel Nigro. The basis for the motion is set forth in the accompanying memorandum of law.

Date: New York, New York
September 12, 2011

                Respectfully submitted,

                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:    /s/Lewis R. Clayton
                   Lewis R. Clayton
                   Jonathan H. Hurwitz
                   Samuel E. Bonderoff
                   1285 Avenue of the Americas
                   New York, NY 10019-6064
                   (212) 373-3000
                   Email: LClayton@paulweiss.com
                            JHurwitz@paulweiss.com
                            SBonderoff@paulweiss.com