UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AFTRA RETIREMENT FUND, in its capacity as a fiduciary of the AFTRA Retirement Fund, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | No. 09-cv-00686 (SAS) (DF) |
| BOARD OF TRUSTEES OF THE IMPERIAL COUNTY EMPLOYEES' RETIREMENT SYSTEM, in its capacity as a fiduciary of the Imperial County Employees' Retirement System, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | No. 09-cv-03020 (SAS) (DF) |
| THE INVESTMENT COMMITTEE OF THE MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY PENSION PLAN, in its capacity as a fiduciary of the MaBSTOA Pension Plan, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | No. 09-cv-04408 (SAS) (DF) |

**DECLARATION OF SAMUEL E. BONDEROFF**

SAMUEL E. BONDEROFF declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for defendant JPMorgan Chase Bank, N.A. in this action. I respectfully submit this declaration on behalf of defendant in support of its Memorandum of Law in support of its motion *in limine* to exclude certain expert testimony of Bernard Black, Fiachra O'Driscoll, and Daniel Nigro.

2. The purpose of this declaration is to submit and identify for the Court true and correct copies of the following testimony and documents referenced in defendant's moving papers.

3. Attached as Exhibit A is a true and correct copy of the Expert Report of Bernard S. Black dated August 13, 2010.

4. Attached as Exhibit B is a true and correct copy of excerpts of the deposition transcript of Bernard S. Black dated December 3, 2010.

5. Attached as Exhibit C is a true and correct copy of the Declaration of Daniel J. Nigro dated August 12, 2010.

6. Attached as Exhibit D is a true and correct copy of excerpts of the deposition transcript of Daniel J. Nigro dated November 18, 2010.

7. Attached as Exhibit E is a true and correct copy of the Report of Fiachra O'Driscoll dated August 13, 2010.

8. Attached as Exhibit F is a true and correct copy of excerpts of the deposition transcript of Fiachra O'Driscoll dated December 9, 2010.

9. Attached as Exhibit G is a true and correct copy of additional excerpts of the deposition transcript of Fiachra O'Driscoll dated December 9, 2010.

Dated: New York, New York
September 12, 2011

_____
SAMUEL E. BONDEROFF