# EXHIBIT D

## Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Consolidated Case No. 09-cv-006869(SAS)(DF)
- - - - - - - - - - - - - - - - - - - - - -x
BOARD OF TRUSTEES OF THE AFTRA RETIREMENT
FUND, in its capacity as a fiduciary of
the AFTRA Retirement Fund, individually
and on behalf of all other similarly
situated,
    Plaintiff,
 -against-
JPMORGAN CHASE BANK, N.A.,
    Defendant.
- - - - - - - - - - - - - - - - - - - - - -x

    November 18, 2010
    9:59 a.m.

  Videotaped Deposition of
DANIEL NIGRO, taken by attorneys for Defendant,
pursuant to notice, held at the offices of Paul
Weiss Rifkind Wharton & Garrison, LLP, 1285
Avenue of the Americas, New York, New York,
before Helen Mitchell, a Shorthand Reporter and
Notary Public.

## Page 2

APPEARANCES:

 NIX PATTERSON & ROACH LLP
 Attorneys for Plaintiff
  205 Linda Drive
  Daingerfield, Texas 75638

 BY: BRADLEY E. BECKWORTH, ESQ

 PAUL WEISS RIFKIND WHARTON
  & GARRISON, LLP
 Attorneys for Defendant
  1285 Avenue of the Americas
  New York, New York 10019
 BY: JONATHAN H. HURWITZ, ESQ
  SATYAM N. BEE, ESQ

ALSO PRESENT:

 CHRIS MARTIN - Videographer

 LINDSEY DELLER, ESQ.
  JPMorgan Chase Bank, N.A

## Page 3

STIPULATIONS

 IT IS HEREBY STIPULATED AND AGREED
by and between counsel for the
respective parties hereto, that the
filing, sealing and certification of the
within deposition shall be and the same
are hereby waived;
 IT IS FURTHER STIPULATED AND
AGREED that all objections, except as to
the form of the question, shall be
reserved to the time of the trial.
 IT IS FURTHER STIPULATED AND
AGREED that the within deposition may be
signed and sworn to before any officer
authorized to administer an oath with
the same force and effect as if signed
and sworn to before the Court.

## Page 4

   Nigro
 (Expert declaration of Daniel
Nigro marked Nigro Exhibit 1 for
identification.)
 (Declaration of Mr. Nigro in
rebuttal to report of Patricia W.
Chadwick marked Nigro Exhibit 2 for
identification.)
 THE VIDEOGRAPHER: Good morning. 09:59:44
We're on the record. My name is Chris 09:59:45
Martin, I'm the videographer for 09:59:47
Veritext Court Reporting in New York 09:59:49
City. 09:59:51
 Today's date is November 18th, 09:59:52
2010, and the time is 9:59 a.m. 09:59:53
 This deposition is being held at 09:59:57
the office of Paul Weiss, 1285 Avenue of 09:59:59
the Americas, New York, New York. 10:00:02
 The caption on this case is Board 10:00:05
of Trustees of the AFTRA Retirement Fund 10:00:06
versus JPMorgan Chase Bank, N.A., 10:00:09
consolidated civil action number 10:00:14
09-00686, filed in the U.S. District 10:00:15
Court, Southern District of New York. 10:00:20
 The name of the witness is Daniel 10:00:23

Page 9

```
 1                  Nigro
 2       Q    And you say in your report that      10:03:58
 3   you were a portfolio manager for more than 20  10:03:59
 4   years; is that right?                          10:04:03
 5       A    Yes.                                  10:04:04
 6       Q    And that's true; right?              10:04:05
 7       A    Yes.                                  10:04:06
 8       Q    You say in your report, in the       10:04:07
 9   opening paragraph of Exhibit 1, that you       10:04:08
10   analyzed, purchased and managed a wide variety 10:04:11
11   of securities in the corporate, ABS and MBS   10:04:15
12   sectors; right?                                10:04:19
13       A    That is correct.                     10:04:20
14       Q    And, for the record, so we're all    10:04:20
15   on the same page here, "ABS" is asset-backed  10:04:22
16   securities; correct?                           10:04:25
17       A    Asset-backed securities.             10:04:26
18       Q    Right.                                10:04:27
19            And MBS is mortgage-backed           10:04:27
20   securities; is that right?                    10:04:29
21       A    Yes, it is.                          10:04:30
22       Q    And when you use the term "MBS,"     10:04:31
23   do you view that as a subset of ABS, or do you 10:04:35
24   think of ABS as something separate from MBS?  10:04:37
25       A    It's funny, because I think of MBS   10:04:44
```

Page 10

```
 1                  Nigro
 2   as both. Let me explain.                      10:04:47
 3            There are non-agency RMBS, which     10:04:51
 4   are often classified as a subset of ABS, and  10:04:54
 5   there are MBS that are agency issued that are 10:04:57
 6   not considered part of ABS. I've worked in    10:05:00
 7   both. So my answer is that it's -- it's also -- 10:05:03
 8   it's both a subset of ABS, and in parts not a 10:05:09
 9   subset of ABS.                                 10:05:13
10       Q    Okay.                                 10:05:14
11            When you use the term "MBS," are     10:05:14
12   you including both agency securities and      10:05:16
13   non-agency securities?                         10:05:18
14       A    Yes.                                  10:05:19
15       Q    And you -- you say here you were     10:05:20
16   the portfolio manager and head of both ABS and 10:05:21
17   MBS credit between May 2004 and December 2009 at 10:05:27
18   two CDO firms; is that right?                 10:05:32
19       A    That is correct.                     10:05:36
20       Q    And one of these CDO firms was       10:05:36
21   called Ischus?                                 10:05:38
22       A    That's correct.                      10:05:39
23       Q    You were there in 2004-2005?         10:05:39
24       A    Yes.                                  10:05:43
25       Q    And the next one was called         10:05:43
```

Page 11

```
 1                  Nigro
 2   Dynamic Credit Partners; is that right?       10:05:45
 3       A    Yes.                                  10:05:46
 4       Q    And as you say, "As portfolio        10:05:47
 5   manager for my last" --                        10:05:48
 6            MR. HURWITZ: Strike that.             10:05:49
 7       Q    As a portfolio manager for Dynamic   10:05:53
 8   Credit Partners, you were responsible for more 10:05:54
 9   than $2.5 billion in ABS and MBS assets; is that 10:05:56
10   right?                                         10:06:01
11       A    Yes.                                  10:06:01
12       Q    And when you say you were            10:06:02
13   responsible, you constructed the portfolios, you 10:06:04
14   analyzed the securities, you bought securities 10:06:06
15   and you sold securities; is that right?       10:06:09
16       A    That is correct.                     10:06:10
17       Q    And is it fair to say that the       10:06:14
18   focus of most of your career has been mortgage 10:06:15
19   products and structured finance?              10:06:19
20       A    I would disagree with that           10:06:22
21   statement. Let me explain.                    10:06:24
22            For the first 15 years of my         10:06:26
23   career, the predominance of my activity was in 10:06:29
24   the corporate sector, and beginning in the early 10:06:35
25   1990s I became acquainted with agency, followed 10:06:40
```

Page 12

```
 1                  Nigro
 2   by non-agency, securities. They were not a    10:06:45
 3   majority of my activity until the late 1990s, 10:06:52
 4   until now.                                     10:06:54
 5       Q    So would it be fair to say,          10:06:57
 6   then -- would it be fair to say that the focus 10:06:58
 7   of your career for, say, the last decade or so, 10:07:00
 8   has been mortgage products and structured     10:07:03
 9   finance?                                       10:07:06
10       A    That is correct.                     10:07:07
11       Q    And by "mortgage products" you're    10:07:07
12   including MBS, both agency and non-agency;    10:07:10
13   right?                                         10:07:14
14       A    Yes.                                  10:07:15
15       Q    All right.                            10:07:15
16            And what do you mean -- just so      10:07:16
17   we're on the same page here, what do you mean by 10:07:20
18   the term "structured finance"?                10:07:22
19       A    I mean ABS securities. And I         10:07:27
20   worked with a CDO firm, so I was contributing to 10:07:32
21   the construction portfolios that were CDOs. My 10:07:36
22   firm also had constructed CLOs.                10:07:40
23       Q    Do you consider CDOs part of         10:07:42
24   structured finance?                            10:07:44
25       A    I do.                                 10:07:45
```

Page 125

```
 1              Nigro
 2   chair of Goldman -- the CEO of Goldman -- making    12:21:47
 3   statements like that in June 2007?                  12:21:51
 4       A    I don't remember Blankfein one way         12:21:54
 5   or another, I'm sorry.                              12:21:56
 6       Q    Okay.                                      12:21:58
 7            Do you think that it's imprudent           12:22:06
 8   to rely on the assessment of the chair of the       12:22:09
 9   Federal Reserve and the Secretary of the            12:22:12
10   Treasury about where the credit market's going?     12:22:14
11   Is that an imprudent thing to do?                   12:22:17
12       A    To rely on them exclusively?               12:22:19
13       Q    No, sir, that's not my question.           12:22:21
14            My question is, is it prudent to           12:22:22
15   rely on the assessments of the chair of the         12:22:24
16   Federal Reserve and the Secretary of the            12:22:25
17   Treasury about broad movements in the U.S.          12:22:27
18   credit markets and the economy generally?           12:22:31
19       A    I'm not sure I understand what you         12:22:34
20   mean by "rely."                                     12:22:39
21       Q    Okay.                                      12:22:40
22            So your view is it would have              12:22:41
23   been --                                             12:22:43
24            MR. HURWITZ: Strike that.                  12:22:44
25            Okay, let's go.                            12:23:10
```

Page 126

```
 1              Nigro
 2       Q    Now, in the first half and the             12:23:13
 3   second half of 2007 you and your firm, Dynamic      12:23:31
 4   Credit, were telling prospective investors that     12:23:34
 5   they should invest in U.S. residential              12:23:44
 6   mortgage-backed securities, CDOs backed by U.S.     12:23:46
 7   residential mortgage-backed securities, and         12:23:50
 8   other sectors of the shadow banking system, were    12:23:53
 9   you not?                                            12:23:55
10       A    I'm sorry, would you repeat the            12:23:57
11   question so I understand it.                        12:23:59
12       Q    Absolutely.                                12:24:00
13            In the first and second half of            12:24:00
14   2007, you and your firm, Dynamic Credit, were       12:24:01
15   encouraging investors to make investments in        12:24:05
16   U.S. residential mortgage-backed securities,        12:24:10
17   CDOs backed by those securities, and other          12:24:14
18   sectors of the shadow banking system; isn't that    12:24:16
19   correct?                                            12:24:20
20       A    I believe we made suggestions in           12:24:21
21   the first half of 2007. I'm not sure that we        12:24:22
22   made such recommendations in the second half of     12:24:25
23   2007.                                               12:24:29
24       Q    Okay.                                      12:24:30
25            Well, in the second half of 2007,          12:24:30
```

Page 127

```
 1              Nigro
 2   you yourself made investments in subprime           12:24:32
 3   residential mortgage-backed securities, did you     12:24:36
 4   not?                                                12:24:39
 5       A    I'm not certain with a hundred             12:24:45
 6   percent accuracy.                                   12:24:46
 7       Q    In the second half of 2007, isn't          12:24:46
 8   it a fact that you yourself, and your firm,         12:24:49
 9   invested other people's money -- hundreds of        12:24:51
10   millions of dollars of other people's money --      12:24:54
11   in U.S. subprime residential mortgage-backed        12:24:55
12   securities?                                         12:24:59
13            MR. BECKWORTH: Objection.                  12:25:00
14       A    I'm not sure that I did that in            12:25:06
15   the second half of 2007.                            12:25:08
16       Q    Did you do it in the first half of         12:25:09
17   2007?                                               12:25:11
18       A    Yes.                                       12:25:11
19       Q    Okay.                                      12:25:12
20            Do you recall a CDO called                 12:25:13
21   Barrington II?                                      12:25:15
22       A    Yes.                                       12:25:16
23       Q    What is Barrington II?                     12:25:16
24       A    Barrington II is a CDO managed by          12:25:18
25   Dynamic Credit Partners.                            12:25:20
```

Page 128

```
 1              Nigro
 2       Q    All right.                                 12:25:22
 3            That was a $1.75 billion CDO;              12:25:22
 4   correct?                                            12:25:26
 5       A    Yes, that is correct.                      12:25:26
 6       Q    And the -- and you recall that it          12:25:27
 7   was issued in mid-May 2007?                         12:25:36
 8       A    I didn't recall a specific date,           12:25:39
 9   but that sounds right.                              12:25:40
10       Q    So that's about two weeks before           12:25:41
11   JPMorgan Securities Lending invested in the         12:25:42
12   Sigma notes at issue; right?                        12:25:46
13       A    Yes.                                       12:25:48
14       Q    Okay.                                      12:25:49
15            And Dynamic Credit was a -- was            12:25:50
16   the investment manager for that CDO; right?         12:25:52
17       A    Yes.                                       12:25:56
18       Q    And the CDO was designed to invest         12:25:56
19   in synthetic structured finance instruments;        12:26:01
20   right?                                              12:26:06
21       A    It was a cash CDO.                         12:26:07
22       Q    Okay.                                      12:26:08
23            Was it -- it was a cash CDO, and           12:26:10
24   it was designed to invest in cash residential       12:26:11
25   mortgage-backed securities and other types of       12:26:15
```

32 (Pages 125 to 128)

```
 1            Nigro
 2     A   No.                    17:22:43
 3     Q   So in your view, each and every    17:22:44
 4  day between June 4th, 2007 and September 30,    17:22:48
 5  2008 it was imprudent to hold the notes rather    17:22:52
 6  than to sell them at that point; is that right?    17:22:56
 7     A   Yes.                   17:22:58
 8     Q   Okay.                  17:22:59
 9         Now, in the course of your career,    17:23:02
10  you've had to make decisions whether to sell    17:23:07
11  securities you had invested in; right?    17:23:11
12     A   Yes.                   17:23:13
13     Q   And in fact, one of your    17:23:14
14  responsibilities as an investment manager for    17:23:15
15  CDOs was to monitor the investments you made and    17:23:17
16  decide if it was appropriate to sell them;    17:23:21
17  right?                         17:23:23
18     A   Um-hum.                17:23:24
19     Q   And you monitored them in order to    17:23:30
20  determine whether the security was becoming more    17:23:31
21  risky than it was when you had first invested in    17:23:33
22  it? That's at least one of the reasons that you    17:23:35
23  did the monitoring; right?      17:23:37
24         MR. BECKWORTH: Objection.    17:23:38
25     A   Yes.                   17:23:41
```

```
 1            Nigro
 2     Q   One of the things that you were    17:23:42
 3  looking at when you were monitoring the    17:23:42
 4  securities in the portfolio was has this    17:23:44
 5  security increased in its -- in riskiness;    17:23:46
 6  right?                         17:23:49
 7     A   Yes.                   17:23:50
 8     Q   And sometimes that happened    17:23:51
 9  because there's something specific to the    17:23:52
10  security, or it can be general market    17:23:53
11  developments; right?           17:23:56
12     A   Yes.                   17:23:57
13     Q   And in fact, that happened a lot    17:23:57
14  during 2007 and 2008, in your experience; right?    17:23:59
15     A   Yes.                   17:24:07
16     Q   I mean, a lot of the things that    17:24:08
17  you had bought that you thought were safe turned    17:24:09
18  out not to be as safe as you thought; right?    17:24:12
19     A   That is correct.       17:24:14
20     Q   And part of your job was to assess    17:24:16
21  how much riskier it was; right?    17:24:18
22     A   Yes.                   17:24:20
23     Q   And -- now, when you're trying to    17:24:21
24  decide whether to hold a security you've bought    17:24:23
25  or to sell it, one of the things that you also    17:24:26
```

```
 1            Nigro
 2  need to look at is how much would I get if I    17:24:29
 3  sell it; right?                17:24:33
 4     A   It's one of the criteria.    17:24:34
 5     Q   Sure.                  17:24:36
 6         And one of the things you also    17:24:36
 7  need to investigate is, indeed, are there any    17:24:37
 8  buyers at all; right?          17:24:40
 9     A   Yes.                   17:24:42
10     Q   Okay.                  17:24:43
11         And if something becomes riskier,    17:24:45
12  based on your experience as a portfolio manager,    17:24:48
13  you don't just sell it regardless of price;    17:24:50
14  right?                         17:24:52
15         MR. BECKWORTH: Objection.    17:24:53
16     A   Price is one component, one part    17:24:54
17  of the decision.               17:24:56
18     Q   Sure. You have to analyze    17:24:57
19  whether, in light of the additional risk,    17:24:59
20  selling at the price you could get makes sense;    17:25:01
21  right?                         17:25:05
22         MR. BECKWORTH: Objection.    17:25:06
23     A   Well, one would have to take a    17:25:08
24  look at the context of the account that you're    17:25:09
25  managing, its risk tolerance, its funding,    17:25:11
```

```
 1            Nigro
 2  structural features, other kinds of structural    17:25:16
 3  changes in risk parameters, et cetera, in order    17:25:20
 4  to help make those decisions, among other    17:25:23
 5  things.                        17:25:25
 6     Q   Sure.                  17:25:25
 7         And -- and you understand that in    17:25:26
 8  JPMorgan Securities Lending, as in other    17:25:29
 9  contexts, you wouldn't just -- if something    17:25:32
10  becomes risky, you don't just sell at any price;    17:25:43
11  right?                         17:25:46
12     A   (No response)          17:25:47
13     Q   Let me ask it a different way,    17:25:49
14  because you look a little puzzled.    17:25:50
15         When Jim Wilson was deciding    17:25:58
16  whether to hold the Sigma notes or to sell them,    17:26:00
17  you agree with me that one of the things that it    17:26:04
18  was appropriate for him to consider was "How    17:26:08
19  much can I get for them if I sell them"; right?    17:26:10
20     A   That was one of the concerns, yes.    17:26:13
21     Q   Sure.                  17:26:16
22         And you would agree with me, would    17:26:16
23  you not, that even if the Sigma notes became    17:26:18
24  risky, if you couldn't get a fair price for    17:26:23
25  them, you still wouldn't want to sell them;    17:26:25
```

| Page 329 | Page 331 |
|---|---|
| 1  Nigro | 1  Nigro |
| 2  right?  17:26:28 | 2  A  Yes.  17:28:07 |
| 3  MR. BECKWORTH: Objection.  17:26:28 | 3  Q  You'd need to look at what the  17:28:07 |
| 4  A  I'm not sure I understand what you  17:26:31 | 4  impact of selling would be on the market price;  17:28:08 |
| 5  said, "became risky."  17:26:32 | 5  right?  17:28:10 |
| 6  Q  Would you agree with me --  17:26:34 | 6  A  Yes.  17:28:12 |
| 7  A  I think they were risky  17:26:36 | 7  Q  You'd need to look at the risk  17:28:12 |
| 8  throughout.  17:26:37 | 8  tolerance of your investors; right?  17:28:13 |
| 9  Q  Well, they certainly -- is it your  17:26:37 | 9  A  Yes.  17:28:15 |
| 10  view that they were equally risky from June 4,  17:26:39 | 10  Q  Okay.  17:28:15 |
| 11  2007 to September 30, 2008?  17:26:42 | 11  And would you -- let me just -- so  17:28:18 |
| 12  A  No.  17:26:45 | 12  we're clear here, however we characterize  17:28:21 |
| 13  Q  Okay.  17:26:46 | 13  "fair," would you agree with me that if you --  17:28:29 |
| 14  Did they -- in your view, did they  17:26:46 | 14  if Jim Wilson had sold the Sigma notes for less  17:28:32 |
| 15  become riskier over time?  17:26:48 | 15  than a fair price, that would not be a prudent  17:28:38 |
| 16  A  Yes.  17:26:50 | 16  decision?  17:28:41 |
| 17  Q  And they became riskier over time  17:26:50 | 17  MR. BECKWORTH: Objection.  17:28:42 |
| 18  as a result of developments with Sigma, and also  17:26:52 | 18  A  I'm not sure I can answer that.  17:28:49 |
| 19  developments in the market; right?  17:26:54 | 19  I'm not sure I have enough information to answer  17:28:51 |
| 20  MR. BECKWORTH: Objection.  17:26:55 | 20  that question.  17:28:52 |
| 21  A  Among other things, yes.  17:26:56 | 21  Q  And as the information -- what is  17:28:53 |
| 22  Q  Okay.  17:26:57 | 22  the information that you lack?  17:28:55 |
| 23  On any particular day after  17:27:02 | 23  A  The context of when, the context  17:29:00 |
| 24  June 4, 2007, when Jim Wilson was deciding  17:27:05 | 24  of how much effort I've put into marketing,  17:29:02 |
| 25  whether to sell, it would only be prudent for  17:27:09 | 25  types of people, price, who holds it, where I  17:29:06 |

| Page 330 | Page 332 |
|---|---|
| 1  Nigro | 1  Nigro |
| 2  him to sell if he could get a fair price; do you  17:27:14 | 2  thought the trajectory of credit was going  17:29:11 |
| 3  agree with that?  17:27:20 | 3  generally, trajectory of prices, what other  17:29:13 |
| 4  A  I think I need to know more about  17:27:22 | 4  people were telling me internally at JPM, among  17:29:16 |
| 5  it in order to answer that question; what is  17:27:23 | 5  other things.  17:29:19 |
| 6  fair, how much are we talking about, what the  17:27:29 | 6  Q  Okay. All of that is helpful.  17:29:20 |
| 7  alternatives are, which clients we're working  17:27:32 | 7  I'm really trying to get at a very simple  17:29:24 |
| 8  for, et cetera.  17:27:35 | 8  concept, and I think it shouldn't be  17:29:28 |
| 9  Q  So there's a lot of things that go  17:27:36 | 9  controversial.  17:29:30 |
| 10  into deciding whether or not it's appropriate to  17:27:38 | 10  On any given date, would you agree  17:29:31 |
| 11  sell -- it was appropriate for Jim Wilson to  17:27:40 | 11  with me that there was some price -- however  17:29:33 |
| 12  sell the 2009 Sigma MTNs between the purchase  17:27:43 | 12  low -- below which it would not be prudent for  17:29:36 |
| 13  date and the receivership date; right?  17:27:46 | 13  Jim Wilson to sell?  17:29:38 |
| 14  A  Yes.  17:27:48 | 14  MR. BECKWORTH: Objection.  17:29:42 |
| 15  Q  And you would need to look at what  17:27:49 | 15  A  I think that the standard of  17:29:49 |
| 16  does the risk level look like right now; right?  17:27:54 | 16  prudence -- we can talk about that all over  17:29:52 |
| 17  A  Okay.  17:27:56 | 17  again -- but the idea that price alone  17:29:54 |
| 18  Q  You'd need to look at the market  17:27:58 | 18  determines it and that a price on any given day,  17:29:56 |
| 19  value -- the market price; right?  17:27:59 | 19  if it's below fair -- I don't know -- I think it  17:30:00 |
| 20  A  Yes.  17:28:01 | 20  depends on when we look at this. You know, if  17:30:04 |
| 21  Q  You'd need to look at how many  17:28:01 | 21  we looked at it the day before bankruptcy, it  17:30:07 |
| 22  buyers are there; right?  17:28:02 | 22  wasn't.  17:30:12 |
| 23  A  Yes.  17:28:03 | 23  Q  You would have to do a day-by-day  17:30:14 |
| 24  Q  You'd need to look at how much  17:28:04 | 24  analysis of the prices of the market, of the  17:30:16 |
| 25  you're trying to sell; right?  17:28:05 | 25  riskiness, of other things, in order to assess  17:30:20 |

| Page 333 | Page 335 |
|---|---|
| 1 Nigro | 1 Nigro |
| 2 what an appropriate sale transaction would be; 17:30:26 | 2 said, that you are not offering an opinion as to 17:32:20 |
| 3 is that right? 17:30:27 | 3 what price JPMorgan Securities Lending could 17:32:24 |
| 4 A Yes. 17:30:28 | 4 have obtained from selling the Sigma notes on 17:32:31 |
| 5 MR. BECKWORTH: Let me just 17:30:29 | 5 any particular time -- at any particular time 17:32:33 |
| 6 interject -- 17:30:30 | 6 between June 4th, 2007 and September 30, 2008? 17:32:34 |
| 7 MR. HURWITZ: I just want to be -- 17:30:31 | 7 MR. BECKWORTH: Objection. I 17:32:37 |
| 8 MR. BECKWORTH: I'm still going 17:30:33 | 8 think that mischaracterizes his report 17:32:38 |
| 9 to -- let me listen to the question, 17:30:34 | 9 and his testimony. 17:32:39 |
| 10 have time to object. 17:30:36 | 10 MR. HURWITZ: Okay. 17:32:41 |
| 11 THE WITNESS: Certainly, I'm 17:30:38 | 11 A In my report I talk about methods 17:32:46 |
| 12 sorry. 17:30:38 | 12 of attempting to sell the securities. 17:32:50 |
| 13 Q Let me use an extreme example just 17:30:43 | 13 Q Right, I understand that. 17:32:55 |
| 14 to illustrate the point. 17:30:44 | 14 A And so that could have affected 17:32:55 |
| 15 If JPM -- if Jim Wilson had 17:30:47 | 15 the price that was realized at any given point 17:32:57 |
| 16 decided to sell all of the Sigma notes, the 2009 17:30:49 | 16 in time. And I also spent some time talking 17:32:59 |
| 17 Sigma notes he was holding on September 1st, 17:30:52 | 17 about what I would call Say's law; supply 17:33:05 |
| 18 2007 for ten cents on the dollar, do you have a 17:30:57 | 18 creates demand. And so, therefore, I didn't 17:33:09 |
| 19 view whether that -- a sale at that price would 17:31:02 | 19 specify a particular price, but I suggested that 17:33:12 |
| 20 have been prudent? 17:31:05 | 20 you can improve market conditions. 17:33:17 |
| 21 MR. BECKWORTH: Objection. 17:31:06 | 21 Q Would -- just to be clear, are you 17:33:21 |
| 22 A Given that I know that the company 17:31:13 | 22 offering an opinion on any particular date 17:33:26 |
| 23 had a standing bid for the notes of 94 at that 17:31:15 | 23 between June 4, 2007 and September 30, 2008, as 17:33:28 |
| 24 time, to sell it at ten would have been 17:31:19 | 24 to how much -- at what price JPMorgan could have 17:33:31 |
| 25 imprudent. 17:31:23 | 25 sold its 2009 Sigma medium term notes? 17:33:35 |

| Page 334 | Page 336 |
|---|---|
| 1 Nigro | 1 Nigro |
| 2 Q Okay. 17:31:23 | 2 MR. BECKWORTH: Objection. 17:33:41 |
| 3 What about on March 1st, 2008, 17:31:24 | 3 THE WITNESS: I'd like to ask a 17:33:48 |
| 4 would it have been imprudent to sell the Sigma 17:31:28 | 4 question of you, if I can. 17:33:49 |
| 5 notes at ten cents on the dollar? 17:31:30 | 5 MR. HURWITZ: Unless the question 17:33:51 |
| 6 MR. BECKWORTH: Objection. 17:31:33 | 6 relates to a point of privilege, I'm 17:33:52 |
| 7 A I don't know. 17:31:34 | 7 entitled to have an answer before you 17:33:54 |
| 8 Q Okay. 17:31:34 | 8 consult with counsel. 17:33:56 |
| 9 And you don't know because you 17:31:36 | 9 MR. BECKWORTH: I agree with that. 17:33:57 |
| 10 just haven't done the analysis of what the 17:31:37 | 10 Let me find out what his question 17:33:57 |
| 11 prices were, what the alternatives were, and the 17:31:39 | 11 generally is. I agree that the -- 17:33:59 |
| 12 other things you've mentioned; is that correct? 17:31:42 | 12 MR. HURWITZ: Well, no, no, no, 17:34:00 |
| 13 A Among other things, yes. 17:31:43 | 13 no. If there's a question about -- he 17:34:01 |
| 14 MR. BECKWORTH: Objection. 17:31:45 | 14 can say whether it's a question about 17:34:03 |
| 15 Q So just so I'm clear, then, you 17:31:55 | 15 privilege or not. 17:34:04 |
| 16 are not offering an opinion in this case about 17:31:57 | 16 MR. BECKWORTH: Is it a question 17:34:05 |
| 17 whether -- what on any particular day Jim Wilson 17:32:00 | 17 about your discussions with the 17:34:06 |
| 18 could have achieved, what price he could have 17:32:06 | 18 attorneys? 17:34:07 |
| 19 achieved, by selling the Sigma notes; is that 17:32:07 | 19 MR. HURWITZ: Which is not 17:34:08 |
| 20 right? 17:32:10 | 20 privileged. 17:34:08 |
| 21 MR. BECKWORTH: Objection. 17:32:11 | 21 MR. BECKWORTH: You're not the 17:34:10 |
| 22 A Would you repeat the question, 17:32:14 | 22 arbiter of what is or isn't privileged. 17:34:11 |
| 23 please? 17:32:14 | 23 If he says he wants to know if he can 17:34:13 |
| 24 Q Sure. 17:32:15 | 24 ask a question, I need to find out what 17:34:16 |
| 25 I take it, from what you just 17:32:18 | 25 generally he wants to ask the question 17:34:18 |

Page 341

1   Nigro
2   considerations, including what would we reinvest 17:40:23
3   in, how would we earn enough to repay our 17:40:27
4   liabilities, the fact that our clients expected 17:40:31
5   us to remain invested in the securities that we 17:40:34
6   described to them, that it was match funded with 17:40:36
7   funds for the full duration of the CDO time 17:40:38
8   period. 17:40:41
9       Q   Did you ever consider telling your 17:40:42
10  clients -- going to your clients at any time 17:40:44
11  during that period and saying, "You know, we 17:40:46
12  think you should liquidate all of these 17:40:49
13  holdings" -- 17:40:53
14      A   No, we did not. 17:40:55
15      Q   -- "because the market has just 17:40:56
16  gotten -- the waters have just gotten too 17:40:58
17  rough"? 17:41:01
18      A   No. 17:41:02
19      Q   Would you agree that over the 17:41:02
20  course of mid-2007 through the end of 2008 the 17:41:03
21  market for structured finance securities became 17:41:09
22  less and less liquid? 17:41:12
23          MR. BECKWORTH: Objection. 17:41:15
24          MR. HURWITZ: Go ahead. 17:41:17
25      A   I think that there were ebbs and 17:41:19

Page 342

1   Nigro
2   flows in liquidity during that time frame. 17:41:21
3       Q   Would you agree that the overall 17:41:24
4   trend was toward increasing illiquidity, or 17:41:25
5   decreasing liquidity? 17:41:30
6       A   I think that at the end of 2008 17:41:32
7   there was less liquidity than at the end of 17:41:33
8   2007. 17:41:36
9       Q   And was part of the reason that 17:41:38
10  you didn't just liquidate all of the assets that 17:41:50
11  you were holding in the CDOs was you felt you 17:41:54
12  couldn't get a fair price for them? 17:41:58
13          MR. BECKWORTH: Objection. 17:42:00
14      A   I think a dynamic in the context 17:42:01
15  of our investment guidelines, with the risk 17:42:04
16  appetites of our investors, and the term 17:42:07
17  financing structure that we had, we made a 17:42:10
18  decision that the assets -- the majority of the 17:42:12
19  assets -- were more valuable to us to hold than 17:42:16
20  to sell. 17:42:18
21      Q   Okay. 17:42:20
22          And for some of those assets, that 17:42:21
23  was a hard decision; right? 17:42:22
24          MR. BECKWORTH: Objection. 17:42:24
25      A   The market conditions were 17:42:40

Page 343

1   Nigro
2   challenging. 17:42:41
3       Q   Looking back, do you regret not 17:42:42
4   having sold more? 17:42:43
5       A   You're allowing me to look back 17:42:47
6   with 20/20 hindsight today in order to answer 17:42:49
7   the question? 17:42:53
8       Q   You bet. 17:42:53
9       A   Sure, with 20/20 hindsight. 17:42:54
10      Q   Did you do any analysis in this 17:43:04
11  case of what holders of the Sigma MTNs -- the 17:43:06
12  2009 Sigma MTNs -- could expect to recover if 17:43:12
13  Sigma went into receivership? 17:43:18
14          MR. BECKWORTH: Objection. 17:43:21
15          MR. HURWITZ: Let me rephrase it, 17:43:24
16      because I don't -- this is not something 17:43:25
17      that should be controversial. 17:43:26
18      Q   You saw Ms. -- I was going to a 17:43:28
19  say "O'Driscoll." It's been a long day. Let's 17:43:32
20  start all over. 17:43:35
21          You saw in Miss Chadwick's report 17:43:36
22  she described a -- what she called a recovery 17:43:38
23  analysis -- 17:43:42
24      A   Um-hum. 17:43:42
25      Q   -- which was an analysis of -- as 17:43:43

Page 344

1   Nigro
2   of a particular time what she believed Sigma MTN 17:43:47
3   holders could reasonably expect to receive if 17:43:50
4   Sigma went into a receivership. 17:43:53
5           You recall that? 17:43:56
6       A   Yes. 17:43:57
7       Q   You, yourself, in this case have 17:43:58
8   not done that analysis for Sigma; correct? 17:43:59
9       A   Correct. 17:44:06
10      Q   Okay. 17:44:06
11          I'd like to just go through the -- 17:44:21
12  some of your history as an investor between 2004 17:44:27
13  and 2007. 17:44:30
14      A   Um-hum. 17:44:32
15      Q   And let me just run through -- 17:44:37
16  according to as best we can tell, you were 17:44:46
17  involved in the issuance of something like nine 17:44:48
18  CDOs during that time period. 17:44:52
19          Does that sound right? 17:44:55
20      A   Broadly speaking. 17:44:56
21      Q   Okay. 17:45:00
22          And according -- as best we can 17:45:04
23  determine, and please tell me if I'm wrong, 17:45:05
24  right now, as of today, about five of those nine 17:45:07
25  CDOs are in default? 17:45:10

Nigro

A I don't know the exact count. I 17:45:12
have no reason to dispute the numbers that you 17:45:13
give me. 17:45:16
Q Okay. 17:45:16
And the remainder, almost all of 17:45:17
the -- all of the tranches of the remainder, are 17:45:20
in the very low non-investment grade category 17:45:23
right now, today. 17:45:27
Would you agree with that? 17:45:30
A Most knowledgeable investors 17:45:31
expect all, if not practically all, CDOs issued 17:45:33
from 2005 on to ultimately default. 17:45:37
Q Okay. 17:45:40
And you would include in that -- 17:45:41
you would -- so you would say of the CDOs that 17:45:44
you were responsible or involved in issuing 17:45:49
between 2004 and 2007, if they're not already in 17:45:51
default, they're going to default eventually; 17:45:53
right? 17:45:58
A There's a strong likelihood of 17:45:58
that. 17:46:00
Q And right now the ratings of all 17:46:00
of those CDOs, even if they're not in default, 17:46:01
are in the low -- sort of in the very 17:46:06

Nigro
speculative category; right? 17:46:10
MR. BECKWORTH: Objection. 17:46:12
A (No response) 17:46:16
Q Sir, I'm happy to go through them 17:46:17
one by one, I just want to know if we can get 17:46:18
through this based on your recollection. If we 17:46:22
can't, we'll go through them. I'm happy to go 17:46:23
through the documents, it's not a problem at 17:46:26
all. 17:46:27
A It's my understanding that most of 17:46:30
them have declined precipitously in ratings. 17:46:31
Q Right. 17:46:36
You have what we've marked -- 17:46:39
here, let me give you what we've marked as Nigro 17:46:41
Exhibit 11. That's the same document you're 17:46:44
looking at. 17:46:45
A Um-hum. 17:46:54
Q You're familiar with a firm called 17:46:55
Total Securitization? 17:46:56
A Yeah. 17:46:58
Q And that's a well-known firm in 17:46:58
the -- 17:46:59
A It is. 17:46:59
Q -- in the ABS and CDO area; right? 17:46:59

Nigro
A Yes. 17:47:03
Q In fact, one of the CDOs that you 17:47:05
worked on, called Sheffield II, got some sort of 17:47:06
award from Total Securitization; right? 17:47:10
A It did. 17:47:13
Q And you guys -- 17:47:13
A Barrington II was up for an award. 17:47:18
Q And you guys made the fact that 17:47:20
you had won that award part of the pitch, right, 17:47:21
part of your pitch for Dynamic? 17:47:23
A Barrington II was up for an award 17:47:24
also. 17:47:26
Q Okay. 17:47:28
And what this is is a risk 17:47:28
generated by Total Securitization of U.S. 17:47:32
default of CDOs. 17:47:37
Do you see that? 17:47:39
A Okay. 17:47:40
Q And just to go through them 17:47:40
quickly, if you look about halfway down the 17:47:41
page, you'll see Barrington. 17:47:44
That's one that's defaulted, and 17:47:45
that you were involved with while you were at 17:47:46
Dynamic; right? 17:47:48

Nigro
MR. BECKWORTH: Before you answer 17:47:49
that. 17:47:50
I'm going to object to this 17:47:50
document. It doesn't show any date on 17:47:52
here when this was created, as of -- or 17:47:54
an as-of or an effective date. 17:47:57
MR. HURWITZ: Okay. 17:47:59
MR. BECKWORTH: And also I'm going 17:47:59
to object on the basis that -- I'm sure 17:48:00
you're not trying to pull something on 17:48:03
us. I have no way to tell if this is a 17:48:05
complete or, in fact, authentic 17:48:07
document. 17:48:09
MR. HURWITZ: Okay. 17:48:09
MR. BECKWORTH: So I will reserve 17:48:10
any rights. We may need to come back 17:48:11
and verify that or otherwise challenge 17:48:13
it. 17:48:16
MR. HURWITZ: That's fine, you 17:48:17
can -- I'm allowed to mark a document 17:48:18
and to ask the witness questions about 17:48:21
it. 17:48:22
MR. BECKWORTH: I understand that, 17:48:23
I'm reserving my rights. 17:48:23

1  Nigro
2  MR. HURWITZ: Sure. That's fine. 17:48:26
3  MR. BECKWORTH: My objection is on 17:48:27
4  the record. 17:48:28
5  MR. HURWITZ: Got it. 17:48:29
6  MR. BECKWORTH: If he can answer 17:48:30
7  questions about it, we will do our best 17:48:31
8  to do so. 17:48:32
9  MR. HURWITZ: Okay. 17:48:33
10 BY MR. HURWITZ: 17:48:34
11     Q    You agree with me that to your 17:48:36
12 understanding Barrington is in default? 17:48:37
13     A    It has gone EOD. 17:48:39
14     Q    Yes. 17:48:40
15          EOD means event of default; right? 17:48:41
16     A    Yes. 17:48:44
17     Q    And then if we look at the next 17:48:45
18 page, about -- between a third and halfway down 17:48:47
19 you'll see that Dalton likewise went EOD; right? 17:48:49
20     A    That is not a primarily 17:48:53
21 residential deal, it is a Dynamic deal. 17:48:55
22          Yes, it has gone EOD. 17:48:58
23     Q    Okay. 17:49:00
24          I'm sorry, I don't understand what 17:49:12
25 you just said. When you say it's not primarily 17:49:13

1  Nigro
2  a residential deal, what are you talking about? 17:49:15
3     A    The assets were primarily -- 17:49:17
4     Q    CDOs? 17:49:21
5     A    -- CDOs. 17:49:22
6     Q    So this describes it as an -- 17:49:23
7  contrary to the way it is described here, in 17:49:30
8  fact it's a CDO squared as we've discussed; 17:49:32
9  right? 17:49:35
10    A    Yes. 17:49:35
11    Q    Okay. 17:49:36
12         And then, if you look on the next 17:49:36
13 page -- and it's helpful that these are roughly 17:49:39
14 in alphabetical order -- you see Ischus I and II 17:49:43
15 as being in default; right? 17:49:45
16    A    Yes. 17:49:47
17    Q    And you agree with me that that's 17:49:49
18 the case, Ischus I and II have gone EOD? 17:49:50
19    A    Yes. 17:49:54
20    Q    And then two pages on you'll see 17:49:57
21 Sheffield II, which is slightly out of 17:50:01
22 alphabetical order. 17:50:03
23         That also has gone EOD; correct? 17:50:05
24    A    Okay, I'm searching for it. I see 17:50:09
25 it is below Singa, and therefore it's out of 17:50:15

1  Nigro
2  order. 17:50:18
3         Yes, it went EOD. 17:50:20
4     Q    Okay. 17:50:22
5          And then -- I think that's the 17:50:23
6  last one here. 17:50:26
7          And then in terms of -- for the 17:50:33
8  sake of completeness -- the other -- let me just 17:50:34
9  go through the other CDOs that you were involved 17:50:39
10 in issuing at Ischus and Dynamic. 17:50:43
11         There was Lenox; is that right? 17:50:47
12    A    Yes. 17:50:48
13    Q    And Lenox is speculative grade 17:50:53
14 now; right? 17:50:55
15    A    I don't know. I haven't looked at 17:50:55
16 it. I'll -- 17:50:57
17    Q    Okay. 17:50:57
18    A    -- accept until I -- I'll reserve 17:50:58
19 judgment until I see otherwise. 17:51:03
20    Q    And then there was Monterey? 17:51:04
21    A    Yes. 17:51:06
22    Q    And Sheffield I? 17:51:06
23    A    Yes. 17:51:07
24    Q    And Barrington II, which we've 17:51:07
25 talked about; right? 17:51:09

1  Nigro
2     A    Yes. 17:51:10
3     Q    Have I missed any? 17:51:11
4     A    You know, I'd have to go back to 17:51:15
5  my marketing documents, but, okay, let's -- I'm 17:51:18
6  not doing any -- you've hit all the ones that 17:51:21
7  were primarily residential. 17:51:24
8     Q    Okay. And I think there was one 17:51:25
9  called Magnolia, but we haven't been able to 17:51:27
10 find any information about it. 17:51:30
11    A    That's one that's -- yes. 17:51:31
12    Q    And by my count, roughly speaking, 17:51:35
13 in aggregate there was about 5. -- those CDOs, 17:51:38
14 the nine I've just mentioned -- 17:51:42
15    A    Um-hum. 17:51:44
16    Q    -- had about $5.7 billion in 17:51:44
17 investments all told; right? 17:51:47
18    A    In notional. 17:51:49
19    Q    Well, more than notional. That's 17:51:52
20 the amount that the investors put into the 17:51:53
21 vehicles; right? 17:51:56
22    A    I'd have to go back to verify, but 17:51:58
23 I'll accept your number for now, sure. 17:52:01
24    Q    Does that sound approximately 17:52:03
25 right? 17:52:05