UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AFTRA RETIREMENT FUND, in its capacity as a fiduciary of the AFTRA Retirement Fund, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>       Defendant. | Consolidated as<br>No. 09-cv-00686 (SAS) (DF)<br>ECF Case |
| BOARD OF TRUSTEES OF THE IMPERIAL COUNTY EMPLOYEES' RETIREMENT SYSTEM, in its capacity as a fiduciary of the Imperial County Employees' Retirement System, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>       Defendant. | |
| THE INVESTMENT COMMITTEE OF THE MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY PENSION PLAN, in its capacity as a fiduciary of the MaBSTOA Pension Plan, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>       Defendant. | |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, APPROVAL OF CLASS NOTICE AND APPROVAL OF PLAN OF ALLOCATION**

The Board of Trustees of the AFTRA Retirement Fund ("AFTRA"), the Board of Trustees of the Imperial County Employees' Retirement System ("ICERS"), and the Investment Committee of the Manhattan and Bronx Surface Transit Operating Authority Pension Plan ("MaBSTOA"), in their respective capacities as fiduciaries of the AFTRA Retirement Fund, the Imperial County Employees' Retirement System and the MaBSTOA Pension Plan (collectively, the "Named Plaintiffs" or "Plaintiffs"), respectfully move this Court for an Order finally approving the proposed Settlement of this Action.

In order to comply with Federal Rule of Civil Procedure 23 and the requirements of due process, Plaintiffs respectfully suggest implementation of a simple multi-step process, including:

1. Granting final approval of the Settlement of this Action;

2. Approving Class Notice; and

3. Approving the proposed Plan of Allocation.

A copy of the Stipulation[1] is attached as Exhibit 1 to the Declaration of Peter H. LeVan, Jr. ("LeVan Decl.") in Support of Plaintiffs' Motion for Final Approval of Settlement, Approval of Class Notice and Approval of Plan of Allocation. A proposed Judgment is attached to the Stipulation as Exhibit D.

A copy of Plaintiffs' proposed Plan of Allocation is attached as Exhibit 2 to the LeVan Declaration.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Final Approval of Settlement, Approval of Class Notice and Approval of Plan of Allocation, and such other relief as the Court deems appropriate.

---

[1] All capitalized, undefined terms used herein shall have the meaning ascribed to them in the Stipulation filed contemporaneously herewith.

1

Dated: May 7, 2012                                  Respectfully submitted,

                                                    **KESSLER TOPAZ
                                                     MELTZER & CHECK, LLP**

                                                    */s/ Peter H. LeVan, Jr.*
                                                    Joseph H. Meltzer
                                                    Peter H. LeVan, Jr.
                                                    Shannon O. Braden
                                                    280 King of Prussia Road
                                                    Radnor, PA  19087
                                                    (610) 667-7706

                                                    ***Lead Class Counsel***

Of Counsel:

DEALY & SILBERSTEIN, LLP
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007

NIX PATTERSON & ROACH, LLP
Bradley E. Beckworth
Jeff Angelovich
Brad Seidel
205 Linda Drive
Daingerfield, TX 75638

BERNSTEIN, LITOWITZ, BERGER & GROSSMAN, LLP
David L. Wales
1285 Avenue of the Americas
New York, NY  10019-6028

WOLF HALDENSTEIN ADLER FREEMAN HERZ, LLP
Gregory Mark Nespole
270 Madison Avenue
New York, New York 10016